UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MILICA SUMAKOVIC | No. 20 CR 750-6<br><br>Honorable Ronald A. Guzman |

### GOVERNMENT'S RESPONSE OPPOSING
### MOTION TO MODIFY CONDITIONS OF BOND

The UNITED STATES OF AMERICA, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully opposes defendant SUMAKOVIC's motion to modify her bond conditions and states as follows:

1. On October 19, 2022, defendant was charged by indictment with two counts of wire fraud, one count of domestic money laundering, and one count of international money laundering. Dkt. 1. Defendant entered a plea of not guilty on November 2, 2022. Dkt. 105.

2. On November 3, 2022, the government moved for detention based on defendant's serious flight risk. A magistrate judge initially released defendant on an unsecured $10,000 bond to a third-party custodian pending trial (Dkt. 106).

3. On November 15, 2022, the government asked the Court to reconsider the prior detention decision, arguing that defendant's lack of lawful status in the United States and access fraud proceeds wire abroad – including $430,000 she transmitted to a family member – established that she presented a serious risk of flight. *See* Gov. Ex. 3 to Motion to Reconsider (attached).

4.     On November 29, 2022, the Court directed the defendant to respond to the government's motion to reconsider. At that hearing, the Court modified defendant's bond conditions to require home incarceration with electronic monitoring. Dkt. 118. During subsequent proceedings while the motion was pending, the Court communicated to the parties that it believed defendant presented a serious risk of flight absent return of funds wired to her family.

5.     On January 20, 2023, defendant delivered to the government $430,000 that she repatriated from Serbia, which funds were deposited with the Clerk of the Court.

6.     On January 26, 2023, taking into consideration defendant's return of the funds and the Court's prior statements regarding its view of defendant's flight risk, the parties tendered to the Court an agreed order, which the Court adopted, requiring defendant to remain on home incarceration with electronic monitoring.

7.     The government opposes defendant's motion to modify the terms of her bond because there has been no material change in the facts since the Court resolved the detention issue by adopting the parties' agreed order for home incarceration with electronic monitoring. 18 USC § 3142(f)(2).

8.     More specifically, defendant remains a foreign national with no lawful status in the United States, she has no family ties to this district, and will be deported to Serbia after serving a lengthy period of incarceration. In contrast, defendant has family and friends in Serbia, a country with no extradition agreement with the United States. She likely continues to have access to some of the funds sent abroad by her co-schemers, including (i) more than $3M her boyfriend, co-defendant Marko Nikolic,

sent to family and others in Serbia, and (ii) more than $7M her boyfriend's fugitive sister, co-defendant Maja Nikolic, sent to family in Serbia. *Id*.

Defendant has much to gain, and nothing to lose, by leaving the Court's jurisdiction on her own rather than waiting to be deported after serving a prison sentence. Defendant continues to pose a serious risk of flight as contemplated by 18 USC 3142(f)(2)(A), and no condition or combination of conditions short of home incarceration with electronic monitoring will reasonably assure her appearance. The government respectfully asks the Court to deny defendant's motion to modify the agreed conditions of her bond.

                                          Respectfully submitted,

                                          MORRIS PASQUAL
                                          Acting United States Attorney

                              By:    /s/ *Malgorzata Tracz Kozaka*
                                          BRIAN HAYES
                                          MALGORZATA TRACZ KOZAKA
                                          Assistant U.S. Attorneys
                                          219 S. Dearborn St., Suite 500
                                          Chicago, IL 60604

Dated: May 8, 2023

| Funds transferred overseas by certain defendants: | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Account** | **Apprx. Date** | **Apprx. Amount** | **Account Total** | **Recipient** | **Total Overall** |
| Milica SUMAKOVIC | Citibank 5078 | 7/2/2020 | $ 235,000.00 | $ 430,000.00 | Mica SUMAKOVIC | $ 430,000.00 |
| | | 7/31/2020 | $ 195,000.00 | | | |
| Marko NIKOLIC | Chase 9036 | 6/23/2020 | $ 160,000.00 | $ 1,365,000.00 | ▮ NIKOLIC | $ 3,446,030.00 |
| | | 7/6/2020 | $ 385,000.00 | | | |
| | | 7/24/2020 | $ 500,000.00 | | | |
| | | 8/11/2020 | $ 320,000.00 | | | |
| | Chase 0043 | 7/14/2020 | $ 600,000.00 | $ 1,100,000.00 | ▮ NIKOLIC | |
| | | 7/3/2020 | $ 500,000.00 | | | |
| | BMO Harris 4023 | 5/29/2020 | $ 130,000.00 | $ 981,030.00 | ▮ NIKOLIC | |
| | | 9/2/2020 | $ 350,015.00 | | | |
| | | 9/10/2020 | $ 210,015.00 | | | |
| | | 10/20/2020 | $ 291,000.00 | | unknown | |
| Maja NIKOLIC | Citibank 6305 | 5/22/2020 | $ 250,000.00 | $ 7,450,000.00 | ▮ NIKOLIC | $ 7,450,000.00 |
| | | 6/30/2020 | $ 715,000.00 | | | |
| | | 7/14/2020 | $ 500,000.00 | | | |
| | | 8/14/2020 | $ 210,000.00 | | | |
| | | 8/17/2020 | $ 300,000.00 | | | |
| | | 6/12/2020 | $ 300,000.00 | | | |
| | | 6/24/2020 | $ 700,000.00 | | | |
| | | 6/30/2020 | $ 700,000.00 | | | |
| | | 7/14/2020 | $ 600,000.00 | | | |
| | | 7/28/2020 | $ 710,000.00 | | ▮ NIKOLIC | |
| | | 8/14/2020 | $ 835,000.00 | | | |
| | | 8/25/2020 | $ 475,000.00 | | | |
| | | 9/9/2020 | $ 790,000.00 | | | |
| | | 9/22/2020 | $ 365,000.00 | | | |
| | | **TOTAL:** | | | | **$ 11,326,030.00** |