# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                                Case No.: 1:20–cr–00750

                                                                     Honorable Nancy L. Maldonado

Maja Nikolic, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado:As to Maja Nikolic, Nebojsa Simeunovic, Mijajlo Stanisic, Dorde Todorovic. Status hearing held on 5/22/2023. The government reports that these Defendants are fugitives. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.