**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:20CR00750 |
| ) | Hon. Judge Nancy Maldonado |
| ) | |
| **MARKO NIKOLIC** ) | |
| ) | |

**SUPPLEMENT TO DEFENDANT'S
PRE-SENTENCE MEMORANDUM AND OBJECTIONS**

Defendant Marko Nikolic, by and through his attorneys, Michael P. Gillespie and Michael Krejci, respectfully submits this Supplement to its Sentencing Memorandum

In its previously filed Sentencing Memorandum, Defendant provided that the Defendant's assistance and cooperation led to approximately $1,000,000 in funds that the Government was been able to seize/recover. Following the filing of Defendant's Pre-Sentence Memorandum and Objections, Defense Counsel has had additional conversation with agents and the Government as to the Defendant's cooperation. Although Defendant's cooperation was substantial, Defense Counsel was mistaken in providing this $1,000,000 figure based on its additional conversations. Defendant seeks to strike this language from its memorandum.

Respectfully submitted,

*[signature]*
_____

MICHAEL P. GILLESPIE
*Counsel for Marko Nikolic*
Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy.
Suite 203
Park Ridge, IL 60068
Tel. (224) 361-3111
michael@gillespieandgillespielaw.com

Michael D. Krejci
*Counsel for Marko Nikolic*
Michael D. Krejci & Associates
1770 Park Street
Suite 205
Naperville, IL 60563
(630)388-0600
Email: krejcilaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court for the United States, Northern District of Illinois and said filing complies with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

*/s/ Michael P. Gillespie*
_____

MICHAEL P. GILLESPIE
*Counsel for Marko Nikolic*
Law Offices of Gillespie & Gillespie
1550 N. Northwest Hwy.
Suite 203
Park Ridge, IL 60068
Tel. (224)-361-111
michael@gillespieandgillespielaw.com

Michael D. Krejci
*Counsel for Marko Nikolic*
Michael D. Krejci & Associates
1770 Park Street
Suite 205
Naperville, IL 60563
(630)388-0600
Email: krejcilaw@gmail.com