IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America., | |
| v. | No. 20 CR 00750-2 |
| Marko Nikolic. | Honorable Nancy L. Maldonado |
| Defendant. | |

### ORDER

IT IS HEREBY ORDERED that BMO Harris Bank and its Agents transfer the funds being held in the amount of $176,017.90, to PNC Account ending in 0581, that will be paid as restitution on the above-mentioned matter.

ENTER:

*[signature]*
United States District Judge

Date: 1/24/24