February 27, 2024

Your Honor,

My name is Stojan Misic, I am Milica's older cousin.

My words may not carry the same weight, or they may not fully depict how important Milica's role in my life is, but still I'm writing this letter hoping to share at least partially who she really is.

I spent my whole childhood with her. We played together, we ran and fell together, we were hungry together and we ate together. Together we laughed when watching a cartoon and held each other's hand when being afraid of the dark.

As the years passed, our relationship grew different. Our interests started to alter, we began listening to different kind of music, have other hobbies but we never lacked love toward each other. I know very well how fortunate I am for having her in my life.

Being the older one, there is still a lot I have learned from her. She has set some very high standards for me, though she is not aware of that. I teach my two daughters to love their brother in the same way as she loves me. I advise them to be gentle, thoughtful and always reliable. I encourage them to fight for the ones they love - just like Milica. I remind them never to give up on their loved ones. And as for my son, I teach him to be respectful of that and to reciprocate.

Milica has always been there for my family. She represents an unconditional support I can always rely on. She has always been diligent and dedicated person; a great student and a wonderful daughter.

I feel as if it would be childish of me to write down the list of all the examples of her acts of kindness and love for me. Too many years we have spent together so I could remember everything and be able to point out the greatest ones. For me it would be like being asked who of my children I love the most.

Perhaps just now, when I have a family on my own, I became fully aware of the importance of those moments when she held my hand and with trust and comfort in her eyes encouraged me to move forward. It could be that now, when some people in the natural course of things are no longer part of my life, I realise the true value of her support that will always remain.

Despite everything happening in her life right now, I am still fully confident that she is the person whose love and kindness I can always count on. In her most difficult moments in life she still did her very best to be there for me. When her world was falling apart, mine was just starting to exist and not even for a second did she let her problems diminish my happiness.

I am grateful to have experienced her kindness and I cannot help but ask: how greatly a person loves if they remain silent of their troubles so they don't hurt the ones they love? There is no school that can teach you that. That is something you either have or you don't. Milica has that and I have her.

Yours sincerely,

*C. [signature]*

Stojan Misic